Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Jason Sewell

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON SEWELL,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>SADIE C. G. CABRAL, TRUSTEE OF THE SADIE C. G. CABRAL LIVING TRUST, OSCAR QUIROZ dba MANGY MOOSE CAFÉ,<br><br>　　　　　Defendants.<br><br>And Related Cross-Claim. | No. 2:12-CV-00768-JAM-EFB<br><br>**PLAINTIFF'S REQUEST FOR ADDITIONAL TIME TO FILE DISPOSITIONAL DOCUMENTS; ORDER** |

　　　　On March 28, 2013, Plaintiff, Jason Sewell ("Plaintiff"), filed a Notice of Settlement (Doc. 18). On April 1, 2013, the court issued a minute order requiring that dispositional documents be filed no later than April 26, 2013 (Doc. 19).

　　　　Plaintiff provided to counsel for defendants a proposed Stipulation for Dismissal ("Stipulation") of the action on April 23, 2013. Counsel for Defendant Oscar Quiroz ("Defendant Quiroz") approved a revised version of the Stipulation on April 25, 2013. On April 24, 2013, counsel for Defendant Sadie C.G. Cabral ("Defendant Cabral") asked that her signature not be added as she was awaiting a signed release from Defendant Quiroz. Plaintiff's

counsel followed-up on April 25, 2013 and several times via voice and email on April 26, 2013, but did not receive a response from counsel for Cabral. Therefore, Plaintiff could not file the Stipulation within the time mandated by the Court for dispositional documents.

Plaintiff anticipates that he will receive Defendant Cabral's approval in the very near future, and respectfully requests that he be given to and including May 10, 2013 to file dispositional documents.

Date: April 29, 2013                               MOORE LAW FIRM, P.C.


                                                   */s/ Tanya E. Moore*
                                                   Tanya E. Moore
                                                   Attorney for Plaintiff Jason Sewell


### ORDER

Upon request of Plaintiff and good cause appearing,

**IT IS HEREBY ORDERED** Plaintiff may have to and including May 10, 2013 within which to file dispositional documents.

**IT IS SO ORDERED**.

Dated:  4/29/2013

                                                   /s/ John A. Mendez
                                                   United States District Court Judge