Tanya E. Moore, SBN 206683
MOORE LAW FIRM, P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: tanya@moorelawfirm.com

Attorneys for Plaintiff
Jason Sewell

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JASON SEWELL,<br><br>Plaintiff,<br><br>vs.<br><br>SADIE C. G. CABRAL, TRUSTEE OF THE SADIE C. G. CABRAL LIVING TRUST, OSCAR QUIROZ dba MANGY MOOSE CAFÉ,<br><br>Defendants.<br>_______________<br>And Related Cross-Claim. | No. 2:12-CV-00768-JAM-EFB<br><br>**STIPULATION FOR DISMISSAL OF ACTION AND CROSS-CLAIM; ORDER** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY STIPULATED by and between Plaintiff Jason Sewell ("Plaintiff") and Defendant and Cross-Claimant Sadie C.G. Cabral, Trustee of the Sadie C. G. Cabral Living Trust, and Defendant and Cross-Defendant Oscar Quiroz dba Mangy Moose Café, the parties to this action, by and through their respective counsel, that this action be dismissed with prejudice. The Parties further stipulate that the cross-claim likewise be dismissed with prejudice.

///

///

Date: April 29, 2013                          MOORE LAW FIRM, P.C.


                                              /s/Tanya E. Moore
                                              Tanya E. Moore
                                              Attorney for Plaintiff Jason Sewell

Date: April 25, 2013                          CORFEE STONE & ASSOCIATES


                                              /s/ Zachary Best
                                              Zachary Best
                                              Attorneys for Defendant and Cross-Defendant
                                              Oscar Quiroz dba Mangy Moose Café


Date: April 24, 2013                          JACOBSEN & McELROY PC


                                              /s/ Eileen Booth
                                              Eileen Booth
                                              Attorneys for Defendant and Cross-Claimant
                                              Sadie C. G. Cabral, Trustee of the Sadie C. G.
                                              Cabral Living Trust


**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that the action and related cross-claim are hereby dismissed with prejudice in their entirety.

**IT IS SO ORDERED**.

Dated:   4/29/2013                            /s/ John A. Mendez
                                              United States District Court Judge

*Sewell v. Sadie C.G. Cabral, et al.*
Stipulation for Dismissal of Action and Cross-Action; [Proposed] Order
Page 2