1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  332 North Second Street
   San Jose, California 95112
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  Email: tanya@moorelawfirm.com

5  Attorneys for Plaintiff
   Jason Sewell
6
7
8  **UNITED STATES DISTRICT COURT**
9  **EASTERN DISTRICT OF CALIFORNIA**
10

11 JASON SEWELL,                                    ) No. 2:12-CV-00768-JAM-EFB
                                                    )
12             Plaintiff,                           ) **STIPULATION FOR DISMISSAL OF**
                                                    ) **ACTION AND CROSS-CLAIM; ORDER**
13        vs.                                       )
                                                    )
14 SADIE C. G. CABRAL, TRUSTEE OF THE               )
   SADIE C. G. CABRAL LIVING TRUST,                 )
15 OSCAR QUIROZ dba MANGY MOOSE                     )
   CAFÉ,                                            )
16                                                  )
                                                    )
17             Defendants.                          )
                                                    )
18 ─────────────────────────────                    )
                                                    )
19        And Related Cross-Claim.                  )
                                                    )
20 ─────────────────────────────                    )

21        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY

22 STIPULATED by and between Plaintiff Jason Sewell ("Plaintiff") and Defendant and Cross-

23 Claimant Sadie C.G. Cabral, Trustee of the Sadie C. G. Cabral Living Trust, and Defendant

24 and Cross-Defendant Oscar Quiroz dba Mangy Moose Café, the parties to this action, by and

25 through their respective counsel, that this action be dismissed with prejudice.  The Parties

26 further stipulate that the cross-claim likewise be dismissed with prejudice.

27 ///

28 ///

*Sewell v. Sadie C.G. Cabral, et al.*
Stipulation for Dismissal of Action and Cross-Action; [Proposed] Order
Page 1

| | |
|---|---|
| Date: April 29, 2013 | MOORE LAW FIRM, P.C. |
| | /s/Tanya E. Moore |
| | Tanya E. Moore |
| | Attorney for Plaintiff Jason Sewell |
| Date: April 25, 2013 | CORFEE STONE & ASSOCIATES |
| | /s/ Zachary Best |
| | Zachary Best |
| | Attorneys for Defendant and Cross-Defendant |
| | Oscar Quiroz dba Mangy Moose Café |
| Date: April 24, 2013 | JACOBSEN & McELROY PC |
| | /s/ Eileen Booth |
| | Eileen Booth |
| | Attorneys for Defendant and Cross-Claimant |
| | Sadie C. G. Cabral, Trustee of the Sadie C. G. Cabral Living Trust |

**ORDER**

The parties having so stipulated,

IT IS HEREBY ORDERED that the action and related cross-claim are hereby dismissed with prejudice in their entirety.

**IT IS SO ORDERED**.

Dated:   4/29/2013                                  /s/ John A. Mendez
                                                                United States District Court Judge

*Sewell v. Sadie C.G. Cabral, et al.*
Stipulation for Dismissal of Action and Cross-Action; [Proposed] Order
Page 2